DAVENPORT TAXI, INC. *v.* STATE LABOR COMMISSIONER

The motion by the defendant for remand to the trial court for further proceedings and for final disposition in the appeal from the Superior Court in Fairfield County is denied.

*Carl D. Eisenman,* special assistant attorney general, in support of the motion.

Submitted July 27—decided August 13, 1971

MARCIA PUCINSKI ET AL. *v.* RICHARD R. DIMAURO ET AL.

The plaintiffs' "Motion To Order A Decision Sustaining A Demurrer" is granted. See Practice Book § 114. The Superior Court in Hartford County is directed to extend the time in which the parties may plead after the memorandum of decision on the demurrer has been filed.

*John F. Walsh,* in support of the motion.

Submitted August 3—decided August 13, 1971

THERESA I. KOZIOL *v.* WALTER WAWRZYNOWICZ

The motion by the defendant for review of an order terminating a stay of execution in the appeal from the Superior Court in New London County is granted; the motion to set aside that order is denied.

*Richard C. Post,* in support of the motion.